5/2011 Order Accepting Waiver of Personal Apperance at Arraignment (same as global form)

Filed 06/27/16
Clerk, U. S. District Court
Western District of Texas
By _____ Deputy

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § | NO: SA:16-CR-00444(1)-FB |
| | § § | |
| (1) JOSE DANILO PALMA | § | |

## ORDER ACCEPTING WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT

Defendant filed a Notice of Waiver of Personal Appearance at Arraignment, signed by defendant and defendant's attorney, in which defendant affirms:

- Defendant has received a copy of the charging document;
- Defendant has read the charging document or had it read to him/her;
- Defendant understands that he/she has the right to personally appear at arraignment; and
- Defendant desires to waive personal appearance at arraignment and reading of the charging document, and tender a plea of "not guilty."

Pursuant to Federal Rule of Criminal Procedure 10(b), the Court hereby ACCEPTS the waiver of appearance and directs that a plea of NOT GUILTY be entered for defendant.

It is so **ORDERED** this **27th day of June, 2016**.

_____
JOHN W PRIMOMO
U.S. MAGISTRATE JUDGE